# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0344. CITY OF ATLANTA v. WOOD.

The above-styled appeal is hereby **DISMISSED** as moot in light of the opinion issued in the related case of *Wood v. City of Atlanta*.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/09/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*

---

[1] Case No. A21A0257.